# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re   **Oxford Circus Toys, Incorporated**                                         Case No.
                                        Debtor(s)                                    Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Oxford Circus Toys, Incorporated**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Marsha S. Konalian**
**4 Cushman Road**
**Bryn Mawr, PA 19010**

☐ None [*Check if applicable*]

| | |
|---|---|
| **March 16, 2020** | **/s/ David M. Offen** |
| Date | **David M. Offen** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Oxford Circus Toys, Incorporated** |
| | **Law Offices of David M. Offen** |
| | **Suite 160 West - The Curtis Center** |
| | **601 Walnut Street** |
| | **Philadelphia, PA 19106** |
| | **215-625-9600** |
| | **info@offenlaw.com** |